
RECEIVED
IN MONROE, LA
JUN 1 2 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

| | |
|---|---|
| LAMONTA M. HILL | CIVIL ACTION NUMBER 04-2554 |
| VERSUS | JUDGE ROBERT G. JAMES |
| PILGRIM'S PRIDE CORP., ET AL. | MAG. JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons set forth in the Report and Recommendation of the Magistrate Judgment, which the Court finds are supported by the law and record in this matter, and noting the absence of objections,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED Defendants' Motion for Judgment on the Pleadings [Doc. No. 21] is GRANTED, and Plaintiff's claims are DISMISSED WITH PREJUDICE.

MONROE, LOUISIANA, this 12 day of June, 2006.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE